UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No: <u>5:14-CR-98-1F</u>



**UNITED STATES OF AMERICA**
   **Plaintiff**
vs.                                    <u>ORDER</u>

**BRADLEY CAMPBELL**
   **Defendant**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on 2/4/15, be turned over to the case agent, Bradley Abate, to be retained in custody until this case is completed, including any matters on appeal:

| **Govt. Exhibit No.:** | **Description:** |
|---|---|
| 16 | Gun |
| 17 | Clip for Gun |
| 18 | Hornaday ammunition |
| 19 | Speer Ammunition |

This <u>4th</u> day of <u>Feburary</u>, 2015.

*James C. Fox*
James C. Fox
Senior U.S. District Judge

Agent's Signature: _____