FILED IN OPEN COURT
ON 2-4-15 BC
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-98-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) ORDER ON DETENTION OF |
| | ) MATERIAL WITNESS |
| BRADLEY CAMPBELL, | ) |
| | ) |
| Defendant. | ) |

This matter was heard in open court pursuant to 18 U.S.C. § 3144 upon the arrest of Mr.

Lenterell Ray, following the issuance of an arrest warrant. [DE-54]. The government contends

Mr. Ray is a material witness for the government in the pending criminal case of *United States v.*

*Bradley Campbell*, No. 5:14-CR-98-F-1 ("criminal case"), the jury trial of which commenced

February 4, 2015, and is ongoing. Mr. Ray appeared before the undersigned with court-

appointed counsel. The court heard from the parties regarding the materiality of Mr. Ray's

forecasted testimony and matters related to his detention.

Based on the showing of the government and for the reasons stated in open court, it

appears that the testimony of Mr. Ray is material in a criminal proceeding. Furthermore, having

considered the positions of the parties, the court orders that Mr. Ray be detained until after

providing his testimony in the pending criminal case, it having been shown neither (1) that it is

feasible to assure Mr. Ray's presence at the criminal case by subpoena nor (2) that his testimony

may be adequately taken by deposition.

So ordered, the 5th day of February, 2015.

R.B. Jones, Jr.,
United States Magistrate Judge