| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | ORDER OF RELEASE |
| v. ) | |
| ) | |
| BRADLEY CAMPBELL ) | |

LENTERRELL RAY, in federal custody pursuant to a material witness warrant, and upon oral motion of the USA to release the material witness from custody, it is hereby

ORDERED that Lenterrell Ray be released from custody in this matter.

This 6th day of February, 2015.

_____
JAMES C. FOX
Senior US District Court Judge